

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-23-00068-CV

IN THE MATTER OF A.W.M., A JUVENILE

On Appeal from the 336th District Court
Fannin County, Texas
Trial Court No. J-2021-013

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Chief Justice Stevens

## MEMORANDUM OPINION

The appellant filed a motion with this Court seeking to voluntarily dismiss this appeal.

Pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure, the motion is granted.

*See* TEX. R. APP. P. 42.1(a)(1).  Accordingly, we dismiss this appeal.

Scott E. Stevens
Chief Justice

Date Submitted:     October 30, 2023
Date Decided:       October 31, 2023